UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KEITH BROWN-EL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:03CV1295-DJS |
| | ) | |
| SUPERINTENDENT JANET SCHNIEDER, | ) | |
| LT. CARMEN McKAY, C.O.II DELARM, | ) | |
| C.O.I WALKER, C.O.I HURD, and | ) | |
| C.O.II BARKER, | ) | |
| | ) | |
| Defendants. | ) | |

### JUDGMENT

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that summary judgment is entered in favor of defendant Janet Schnieder and against plaintiff on the claims asserted against Schnieder in plaintiff's complaint.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the remaining claims against defendants DeLarm and Barker are dismissed pursuant to 28 U.S.C. §1367(c)(3) because the Court declines to exercise supplemental jurisdiction over those state law claims.

Dated this  25th  day of May, 2005.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE